■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GUILLERMO, Also Known as JOSE GUILLEN, Appellant. [679 NYS2d 346] —Appeal from a judgment of the County Court of Broome County (Smith, J.), rendered November 3, 1997, convicting defendant upon his plea of guilty of the crime of

criminal possession of a controlled substance in the second degree.

Pursuant to a plea agreement, defendant pleaded guilty to the crime of criminal possession of a controlled substance in the second degree and was sentenced as a second felony offender to a prison term of 8⅓ years to life. Defendant contends that the sentence imposed is harsh and excessive. We disagree. Given defendant's prior drug-related conviction as well as the fact that defendant agreed to the sentence as part of the plea bargain, we decline to disturb the sentence imposed (*see, People v Thompson*, 234 AD2d 709, 710, *lv denied* 89 NY2d 1016; *People v Thompson*, 233 AD2d 615).

Cardona, P. J., Mikoll, Mercure, Crew III and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.